

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PWB                                 *271 Cadman Plaza East*
F. #2014R01413                      *Brooklyn, New York 11201*

February 19, 2016

<u>By Hand Delivery and ECF</u>

Adam D. Perlmutter, Esq.              Peter E. Quijano, Esq.
Daniel A. McGuinness, Esq.            Anna N. Sideris, Esq.
260 Madison Avenue, Suite 1800        Quijano & Ennis, P.C.
New York, New York 10016              40 Fulton Street, 23rd Floor
                                      New York, New York 10038

Albert Dayan, Esq.                    Lee A. Ginsberg, Esq.
8002 Kew Gardens Road, Suite 902      Freeman, Nooter & Ginsberg
Kew Gardens, New York 11415           75 Maiden Lane, Suite 503
                                      New York, New York 10038

> Re:   United States v. Abdurasul Juraboev, et al.
>       <u>Criminal Docket No. 15-95 (WFK)</u>

Dear Counsel:

   The government hereby memorializes its disclosure yesterday, February 18, 2016, of the additional classified discovery materials discussed at the February 11, 2016 status conference in the above-captioned case. These materials are covered by any and all discovery orders previously entered into in this case. If you have any questions or further requests, please do not hesitate to contact me

        Very truly yours,

        ROBERT L. CAPERS
        Acting United States Attorney

    By: <u>/s/ Peter W. Baldwin</u>
        Peter W. Baldwin
        Alexander A. Solomon
        Douglas M. Pravda
        Assistant U.S. Attorneys
        (718) 254-7000

cc:  Clerk of the Court (WFK) (by ECF) (without enclosures)