

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 16, 2016

By ECF

Honorable William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Juraboev, et al.
                  Criminal Docket No. 15-95 (WFK)

Dear Judge Kuntz:

        The government respectfully submits this letter to update the Court on the status of classified discovery in the above-captioned matter.  On February 18, 2016, the government made available to defense counsel a production of classified materials in electronic format, the substance of which the parties had discussed with the Court at the February 11, 2016 status conference.  Due to technical complications, defense counsel have, to date, been unable to access these materials.  The government has been working diligently to address the situation, and it is expected that defense counsel will have the ability to access the materials in question later this week.

        Respectfully submitted,

        ROBERT L. CAPERS
        United States Attorney

By:    /s/ Peter Baldwin
        Peter Baldwin
        Douglas Pravda
        Alexander Solomon
        Assistant U.S. Attorneys
        (718) 254-7000

cc:  Defense counsel (by email)