## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE _Robert Levy_ DATE : _7/28/16_

DOCKET NUMBER : _15 CR 95 (WFK)_ LOG # _11:11 - 11:13_

— DEFT NAME : _Akhror SaidaKhmetov_ ATTY: _Adam Permutter_

_✓_Present__ Not Present_✓_Custody__Bail    __ Federal Defender   _ CJA   __ Ret

_Peter Dujano +_

— DEFT NAME : _Abror Habibov_ ATTY: _Jehmifer Louis-Je une_

_✓_Present__ Not Present_✓_Custody__Bail    __ Federal Defender   _ CJA   __ Ret

— DEFT NAME : _Dilkhayot Kasimov_ ATTY: _Elizabeth Macedonio_

_✓_Present__ Not Present_✓_Custody__Bail    __ Federal Defender   _✓_CJA   _ Ret

— De ft : _Akmal Zakirov → counsel Marion Seltzer + Josh Drate_ /

A.U.S.A. : _Alex Solomon_ DEPUTY CLERK : _S Mynen_

INTERPRETER : _Nodira Madyekubov_ _____ (Language) _Uzbek_
_Zanzar Bahodjano_

_____ Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop _____

____ Order of Speedy Trial entered.   Code Type_____   Start_____   Stop _____

_superseding_

____ Defendants' first appearance.   _✓_Defendants arraigned on the indictment. ⏎

____ Defendants informed of rights.

_superseding_

_✓_  _4_ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment. ⏎ .

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____

_____

_____