

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 5, 2016

<u>By Federal Express and ECF</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, New York 10016
*Counsel for defendant Saidakhmetov*

Peter E. Quijano, Esq.
Anna N. Sideris, Esq.
Quijano & Ennis, P.C.
40 Fulton Street, 23rd Floor
New York, New York 10038
*Counsel for defendant Habibov*

Jennifer R. Louis-Jeune, Esq.
733 3rd Ave., 15th Floor
New York, New York 10017
*Counsel for defendant Habibov*

Elizabeth Macedonio, Esq.
80 Broad Street, Suite 1900
New York, New York 10004
*Counsel for defendant Kasimov*

Marion A. Seltzer, Esq.
1725 York Avenue, Suite 16A
New York, New York 10128
*Counsel for defendant Zakirov*

Joshua Dratel, Esq.
29 Broadway, Suite 1412
New York, New York 10006
*Counsel for defendant Zakirov*

Jeremy Schneider, Esq.
Rothman, Schneider, Soloway & Stern LLP
100 Lafayette Street, Ste. 501
New York, New York 10013
*Counsel for defendant Rakhmatov*

    Re: <u>United States v. Akhror Saidakhmetov, et al.</u>
       <u>Criminal Docket No. 15-95 (WFK)</u>

Dear Counsel:

   The government hereby memorializes its disclosure today, December 5, 2016, of additional classified discovery materials in the above-captioned case. These materials are

covered by any and all discovery orders previously entered into in this case. If you have any questions or further requests, please do not hesitate to contact me.

                Very truly yours,

                ROBERT L. CAPERS
                United States Attorney

By:   /s/ Peter W. Baldwin
        Peter W. Baldwin
        Alexander A. Solomon
        Douglas M. Pravda
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)